IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 2:04-22768-18 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| $99,800.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Personally appeared before me, the undersigned notary public, DEBORAH B. BARBIER, who upon duly being sworn, attests as follows:

I am the Assistant United States Attorney assigned responsibility for litigating the above-entitled action.

On December 13, 2004, copies of the following documents were served by Federal Express upon the potential claimant(s) listed below, as evidenced by the confirmation receipt which is attached hereto:

| Pleadings Served: | Potential Claimant(s)/Address(es) |
|---|---|
| Summons in a Civil Action | Claude Jenni |
| Complaint for Forfeiture *In Rem* | c/o William M. Brodsky, Esquire |
| Order for Arrest and Notice *In Rem* | 825 Third Avenue, 11th Floor |
| Warrant of Arrest and Notice *In Rem* | New York, New York 10022 |
| Answers of the United States to Standard Interrogatories Pursuant to Local Rule 26.01 DSC | Swiss Partners Investment Network c/o William M. Brodsky, Esquire 825 Third Avenue, 11th Floor New York, New York 10022 |

    s/DEBORAH B. BARBIER
Assistant United States Attorney

SWORN TO before me this   14th
day of     March    , 2005.

    s/Saundra B. Woods    (L.S.)
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission expires:    8/21/2010