

FedEx Express  
Customer Support Trace  
3875 Airways Boulevard  
Module H, 4th Floor  
Memphis, TN 38116

U.S. Mail: PO Box 727  
Memphis, TN 38194-4643

Telephone: 901-369-3600

02/09/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **848293841490**. Our records reflect the following information.

## Delivery Information:

Signed for by: C.LIU



Delivery Location: 825 THIRD AVE  
Delivery Date: Dec 13, 2004 09:46

## Shipping Information:

**Tracking number:** 848293841490

**Ship Date:** Dec 10, 2004  
**Weight:** 2.0 lbs.

**Recipient:**  
WILLIAM M BRODSKY ESQ  
825 THIRD AVE  
10022  
US

**Shipper:**  
DEBBIE BARBIER AUSA  
USDOJ/US ATTORNEYS OFFICE  
1441 MAIN ST STE 500  
292012897  
US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service  
1-800-Go-FedEx®